UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS
RACHEL CHRISTINE MILL           **CASE NO. 8:07-CV-00447-JSM-EAJ**

              Plaintiffs,

v.

DESLIN HOTELS, INC.;
IRENE L. DEVLIN;
DENNIS B. DEVLIN;
GOLDRUSH DISC JOCKEYS, INC.;
DAVID L. BARTON;
BV & BK PRODUCTIONS, LLLP;
CHAD W. CIANI;
MRA HOLDINGS, LLC;
AMX PRODUCTIONS, LLC, d/b/a AMX Video, a/k/a GM Video, a/k/a George Martin Video a/k/a Action Matrix, a/k/a Aztec Media Co.;
MANTRA FILMS, INC., d/b/a Girls Gone Wild;
JOSEPH R. FRANCIS;
SVOTHI, INC., d/b/a PPVNetworks and nakedontv.com; and
JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com;

              Defendants.
_____/

**MOTION FOR ENTRY OF ORDER ALLOWING PARTIES
TO MAINTAIN POSSESSION OF VIDEO MATERIALS AND
<u>PROHIBITING FILING OTHER THAN UNDER SEAL</u>**

Heather Marie Kotis and Rachel Christine Mill ("**Plaintiffs**") move for entry of the attached (proposed) Order Allowing the Parties to Maintain Possession of Video Materials and Prohibit Filing Other than Under Seal, pursuant to Local Rule 1.09 of the United States District Court for the Middle District of Florida. The parties should be authorized by the Court to maintain possession of the video materials at issue in this

litigation provided they do not file such materials with the Court unless the materials are filed under seal. The grounds for this motion are as follows:

The Plaintiffs' Complaint alleges that the Plaintiffs are depicted engaging in sexually explicit conduct, and/or in the presence of others engaging in sexually explicit conduct, in certain video materials. The parties should be bound by the terms of the Order Allowing Parties to Maintain Possession of Video Materials & Prohibiting Filing Other Than Under Seal.

WHEREFORE, the Plaintiffs request that the Court enter the attached Order Allowing Parties to Maintain Possession of Video Materials & Prohibiting Filing Other Than Under Seal.

> Respectfully submitted,
>
> */s/ Thomas E. DeBerg*
> Mark S. Howard
> Florida Bar No. 774146
> mhoward@solomonlaw.com
> Thomas E. DeBerg
> Florida Bar No. 521515
> tdeberg@solomonlaw.com
> **THE SOLOMON TROPP LAW GROUP, P.A.**
> 1881 West Kennedy Boulevard
> Tampa, Florida 33606-1606
> (813) 225-1818 (Tel)
> (813) 225-1050 (Fax)
> Attorneys for **Heather Kotis and Rachel Mill**

Copies furnished to All Defendants
with Service of Process