UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS
RACHEL CHRISTINE MILL        **CASE NO. 8:07-CV-00447-JSM-EAJ**

               Plaintiffs,

v.

DESLIN HOTELS, INC.;
IRENE L. DEVLIN;
DENNIS B. DEVLIN;
GOLDRUSH DISC JOCKEYS, INC.;
DAVID L. BARTON;
BV & BK PRODUCTIONS, LLLP;
CHAD W. CIANI;
MRA HOLDINGS, LLC;
AMX PRODUCTIONS, LLC, d/b/a AMX Video, a/k/a GM Video, a/k/a George Martin
Video a/k/a Action Matrix, a/k/a Aztec Media Co.;
MANTRA FILMS, INC., d/b/a Girls Gone Wild;
JOSEPH R. FRANCIS;
SVOTHI, INC., d/b/a PPVNetworks and nakedontv.com; and
JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com;

               Defendants.

_____/

## NOTICE OF FILING

      Plaintiffs, HEATHER MARIE KOTIS and RACHEL CHRISTINE MILL, by and

through their undersigned attorneys, hereby give notice of filing the following documents

with the Court:

      1.     Return of Service as to Mantra Films, Inc.;

      2.     Return of Service as to Goldrush Disc Jockeys, Inc.

      3.     Return of Service as to Chad W. Ciani; and

38006.22002.274245            1

Dockets.Justia.

4.    Return of Service as to David L. Barton.

Respectfully submitted,

*/s/ Thomas E. DeBerg*
Mark S. Howard
Florida Bar No. 774146
mhoward@solomonlaw.com
Thomas E. DeBerg
Florida Bar No. 521515
tdeberg@solomonlaw.com
THE SOLOMON TROPP LAW GROUP, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Heather Kotis and
Rachel Mill**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to: **Joseph R. Francis**, individually and as registered agent for **Mantra Films, Inc.**, c/o Bay County Jail Annex, 5600 Nehi Road, Panama City, Florida 32404; **David L. Barton**, individually and as registered agent for **Goldrush Disc Jockeys, Inc.**, 500 East Robert Street, Orange City, Florida 32763; **Chad W. Ciani**, 208 Virginia Street, Edgewater, Florida 32132; **MRA Holdings, LLC**, c/o CT Corporation Systems, 7666 East 61st Street, Suite 240, Tulsa Oklahoma 74133; **AMX Productions, LLC**, c/o Michael Chaussee, registered agent, 1837 South Nevada Avenue, Box 261, Colorado Springs, Colorado 80906; **Svothi, Inc.**, c/o Damian Todaro, Registered Agent, One Columbus Plaza, Apartment N6E, New York, New York 10019; **Deslin Hotels, Inc.**, c/o Palmetto Charter Services, registered agent, 150 Magnolia Avenue, Daytona Beach, Florida 32114; **Irene Devlin**, 395 South Atlantic Avenue, #303, Ormond Beach, Florida 32176; **Dennis B. Devlin**, 900 North Atlantic Avenue, Daytona Beach, Florida 32118; **Jucco Holdings, LLC**, c/o Registered Agent Solutions, Inc., 655 Flower Street, #337, Los Angeles, California 90017; **BV & BK Productions, LLLP**, c/o James L. Padgett, P.A., registered agent, 3 North Summit Street, Crescent City, Florida 32112 on May 15, 2007.

*/s/ Mark S. Howard*
Mark S. Howard

38006.22002.274245                    2