UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS and   CASE NO.: 8:07cv00447-JSM-EAJ
RACHEL CHRISTINE MILL, each individually,

      Plaintiffs,

v.

DESLIN HOTELS, INC., et al.

      Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
IRENE DEVLIN, DENNIS DEVLIN AND DESLIN HOTELS, INC.**

PLEASE TAKE NOTICE that Scott W. Cichon of Cobb & Cole, hereby appears as counsel of record on behalf of defendants, IRENE DEVLIN, DENNIS DEVLIN and DESLIN HOTELS, INC. Copies of all documents filed with the Court should henceforth be furnished to Scott W. Cichon at the address shown below.

      COBB & COLE

      By: ____s/ Scott W. Cichon____
      SCOTT W. CICHON
      FLA. BAR NO. 440876
      150 Magnolia Avenue
      Post Office Box 2491
      Daytona Beach, FL 32115-2491
      Telephone: (386) 255-8171
      Facsimile: (386) 248-0323
      E-mail: Scott.Cichon@CobbCole.com
      ATTORNEYS FOR DESLIN HOTELS, INC.,
      IRENE DEVLIN, and DENNIS DEVLIN

035440-033 : SCICH/DDOBB : 00521695.WPD; 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing, email, fax transmission or U.S. mail to the following this 16th day of May, 2007.

s/ Scott W. Cichon
Attorney

| | |
|---|---|
| Heather Marie Kotis<br>Rachel Christine Mill | Richard Stuart Shankman<br>Litigation Concepts, L.C.<br>2536 NW 53rd Street<br>Boca Raton, FL 33496<br>813-225-1818<br>Fax 813-225-1050<br>shankmantancredo@aol.com<br><br>Stanford R. Solomon<br>Mark Stephen Howard<br>The Solomon Tropp Law Group<br>1881 West Kennedy Boulevard<br>Tampa, FL 33606-1643<br>813-225-1818<br>Fax 813-225-1050<br>ssolomon@solomonlaw.com<br>mhoward@solomonlaw.com<br><br>Thomas E. DeBerg<br>The Solomon Tropp Law Group<br>1881 West Kennedy Boulevard<br>Tampa, FL 33606-1643<br>813-225-1818<br>Fax 813-225-1050<br>tdeberg@solomonlaw.com |