UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS
RACHEL CHRISTINE MILL                    CASE NO.: 8:07CV447-T30 EAJ

     Plaintiffs,
v.

DESLIN HOTELS, INC.;
IRENE L. DEVLIN;
DENNIS B. DEVLIN;
GOLDRUSH DISC JOCKEYS, INC.;
DAVID L. BARTON;
BV & BK PRODUCTIONS, LLLP;
CHAD W. CIANI;
MRA HOLDINGS, LLC;
AMX PRODUCTIONS, LLC, d/b/a AMX Video,
a/k/a GM Video, a/k/a George Martin Video,
a/k/a Action Matrix, a/k/a Aztec Media Co.;
MANTRA FILMS, INC., d/b/a Girls Gone Wild;
JOSEPH R. FRANCIS;
SVOTHI, INC., d/b/a PPVNetworks and nakedontv.com; and
JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com;

     Defendants.
_____/

**STIPULATION TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF ALL COUNTS OF THE COMPLAINT
AGAINST GOLDRUSH DISC JOCKEYS, INC. AND DAVID BARTON AND TO
TOLLING OF THE STATUTE OF LIMITATIONS**

Heather Marie Kotis and Rachel Christine Mill ("**Plaintiffs**") and Defendants GoldRush Disc Jockeys, Inc. ("**GoldRush**") and David L. Barton ("**Barton**") hereby stipulate and agree to the dismissal without prejudice of all counts asserted against GoldRush and Barton in the Complaint filed in the above-styled action, and to a tolling of the Statute of Limitations until the conclusion of this matter. Nothing herein shall be

271846

construed as a dismissal of any other count or any other Defendants named in the Complaint. This dismissal is expressly without prejudice. The Plaintiffs, Barton and GoldRush shall be responsible for their respective fees and costs.

_____
David L. Barton, individually

_____
David L. Barton, as President of
GOLDRUSH DISC JOCKEYS, INC.

/s/ Mark S. Howard
Stanford R. Solomon
Florida Bar No. 302147
ssolomon@solomonlaw.com
Mark S. Howard
Florida Bar No. 774146
mhoward@solomonlaw.com
**THE SOLOMON TROPP LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Nicole Breitfeller, et al.**

## Certificate of Service

I hereby certify that on ~~April~~ May 16, 2007 a copy of the foregoing has been furnished by electronic filing or United States Mail to the following:

| | |
|---|---|
| Camille Godwin, Esquire<br>Michael Rubinstein, Esquire<br>Cohen, Jayson, & Foster, P.A.<br>201 E. Kennedy Blvd., Suite 1000<br>Tampa, Florida 33602<br>Office: (813) 225-1655<br>Telecopy: (813) 225-1921<br>Email:cgodwin@tampalawfirm.com;<br>mrubinstein@tampalawfirm.com | Robert Bowling, Esquire<br>Kathy Weston, Esquire<br>Cobb & Cole<br>150 Magnolia Ave.<br>P.O. Box 2491<br>Daytona Beach, Florida 32114<br>Office: (386) 255-8171<br>Telecopy: (386) 248-0323<br>Email:Kathy.Weston@CobbCole.com,<br>Rob.Bowling@CobbCole.com |
| Richard S. Shankman, Esquire<br>Litigation Concepts, L.C.<br>c/o Shankman Tancredo & Co., L.C.<br>1306 Thonotosassa Rd.<br>Plant City, FL 33563-4336<br>Office: (561) 239-1224<br>Email: shankmantancredo@aol.com | Dave Barton, pro se<br>GoldRush Productions, Inc<br>1209 Saxon Blvd. Unit 5<br>Orange City, FL 32763<br>Office: (386)774-5677; (800) 952-9236<br>Telecopy: (386) 774-5383 |

/s/ Mark S. Howard
Stanford R. Solomon
Florida Bar No. 302147
ssolomon@solomonlaw.com
Mark S. Howard
Florida Bar No. 774146
mhoward@solomonlaw.com
**THE SOLOMON TROPP LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Nicole Breitfeller, et al.**