UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS and  　　　　　　　CASE NO.: 8:07cv00447-JSM-EAJ
RACHEL CHRISTINE MILL, each individually,

　　　　Plaintiffs,

v.

DESLIN HOTELS, INC., et al.

　　　　Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**
**IRENE DEVLIN, DENNIS DEVLIN AND DESLIN HOTELS, INC.**

PLEASE TAKE NOTICE that Kathryn D. Weston of Cobb & Cole, hereby appears as counsel of record on behalf of defendants, IRENE DEVLIN, DENNIS DEVLIN and DESLIN HOTELS, INC. Copies of all documents filed with the Court should henceforth be furnished to Kathryn D. Weston at the address shown below.

　　　　　　　　　　　　　　　　　　COBB & COLE

　　　　　　　　　　　　　　　　　　By:　　s/ Kathryn D. Weston
　　　　　　　　　　　　　　　　　　　　KATHRYN D. WESTON
　　　　　　　　　　　　　　　　　　　　FLA. BAR NO. 0897701
　　　　　　　　　　　　　　　　　　　　150 Magnolia Avenue
　　　　　　　　　　　　　　　　　　　　Post Office Box 2491
　　　　　　　　　　　　　　　　　　　　Daytona Beach, FL 32115-2491
　　　　　　　　　　　　　　　　　　　　Telephone: (386) 255-8171
　　　　　　　　　　　　　　　　　　　　Facsimile: (386) 248-0323
　　　　　　　　　　　　　　　　　　　　E-mail: Kathy.Weston@CobbCole.com
　　　　　　　　　　　　　　　　　ATTORNEYS FOR DESLIN HOTELS, INC.
　　　　　　　　　　　　　　　　　　IRENE DEVLIN, and DENNIS DEVLIN

035440-033 : SCICH/DDOBB : 00521696.WPD; 1

dockets.Justia.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic filing, or email, to the following this 16th day of May, 2007.

                                              s/Kathryn D. Weston
                                                    Attorney

| | |
|---|---|
| Heather Marie Kotis<br>Rachel Christine Mill | Richard Stuart Shankman<br>Litigation Concepts, L.C.<br>2536 NW 53rd Street<br>Boca Raton, FL 33496<br>813-225-1818<br>Fax 813-225-1050<br>shankmantancredo@aol.com<br><br>Stanford R. Solomon<br>Mark Stephen Howard<br>The Solomon Tropp Law Group<br>1881 West Kennedy Boulevard<br>Tampa, FL 33606-1643<br>813-225-1818<br>Fax 813-225-1050<br>ssolomon@solomonlaw.com<br>mhoward@solomonlaw.com<br><br>Thomas E. DeBerg<br>The Solomon Tropp Law Group<br>1881 West Kennedy Boulevard<br>Tampa, FL 33606-1643<br>813-225-1818<br>Fax 813-225-1050<br>tdeberg@solomonlaw.com |