AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Heather Marie Kotis, et al.

v.

Deslin Hotels, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00447-JSM-EAJ

TO: (Name and address of Defendant)

Deslin Hotels, Inc.
c/o Palmetto Charter Services, Registered Agent
150 Magnolia Avenue
Daytona Beach, FL  32114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, PA
1881 West Kennedy Boulevard
Tampa, Florida  33602

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

(By) DEPUTY CLERK

DATE  April 23, 2007

Dockets.Justia.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/3/07 |
| NAME OF SERVER (PRINT) Jann Rotstein | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where 150 Magnolia Ave Daytona Beach, FL 32114 Thomas Hewt- Vice president of Palmetto Charter Services at 11:05am

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  5/3/07
Date

Signature of Server: Jann Rotstein

Address of Server: PO Box 15197 Daytona Beach, FL 32114

Erica J. Ward

ERICA J. WARD
MY COMMISSION # DD 492717
EXPIRES: November 21, 2009
Bonded Thru Notary Public Underwriters

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.