UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS
and RACHEL CHRISTINE MILL,
individually,

        Plaintiffs,                  CASE NO. 8:07-cv-00447-T30-EA

v.

DESLIN HOTELS, INC.;
IRENE L. DEVLIN;
DENNIS B,. DEVLIN;
GOLDRUSH DISC JOCKEYS, INC.;
DAVID L. BARTON;
BV & BK PRODUCTIONS, LLLP;
CHAD W. CIANI;
MRA HOLDINGS, LLC;
AMX PRODUCTIONS, LLC d/b/a AMX Video, a/k/a GM Video, a/k/a George Martin Video, a/k/a Action Matrix, a/k/a Aztec Media Co.;
MANTRA FILMS, INC., d/b/a Girls Gone Wild;
JOSEPH R. FRANCIS;
SVOTHI, INC., d/b/a PPVNetworks and nakedontv.com; and
JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com;

        Defendants

_____/

**DEFENDANTS, BV & BK PRODUCTIONS, LLLP'S AND CHAD CIANI'S, UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

        Defendants, BV & BK PRODUCTIONS, LLLP and CHAD CIANI, by and through their undersigned attorneys, hereby move this Court for an enlargement of time to file their responses to Plaintiffs' Complaint until June 1, 2007. In support of this motion, defendants state as follows:

        1.     Absent an enlargement of time, Defendant CIANI is required to respond to the Complaint by May 22, 2007.

2.  Absent an enlargement of time, Defendant BV & BK is required to respond to the Complaint by May 28, 2007.

3.  The Complaint is extensive, with numerous defendants and several causes of action.

4.  Due to other demands on counsel's time, an extension of time is necessary to prepare and serve these responses.

## LOCAL RULE 3.01(G) CERTIFICATE

Counsel for defendants certifies that prior to filing this motion, she has conferred with counsel for plaintiffs in a good faith effort to resolve the issues raised by this motion and plaintiffs' counsel does not oppose such enlargement of time to serve responses to the Complaint.

WHEREFORE, defendants, BV & BK PRODUCTIONS, LLLP and CHAD CIANI, respectfully request this Court enter an order extending the deadline to serve their responses to the Complaint until June 1, 2007.

Respectfully submitted,

/s/ Camille Godwin
Todd Foster, Esq.
Florida Bar No.: 0325198
Camille Godwin
Florida Bar No.: 0974323
Michael Rubinstein, Esq.
Florida Bar No.: 0032143
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, FL 33602
(813) 225-1655 (Telephone)
(813) 225-1921 (Facsimile)
*Attorneys for BV & BK Productions, LLLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 21, 2007,** the foregoing was served upon the following by email:

| | |
|---|---|
| Stanford R. Solomon<br>Mark Stephen Howard<br>Thomas E. DeBerg<br>The Solomon Tropp Law Group, P.A.<br>1881 W. Kennedy Blvd.<br>Tampa, FL 33606-1606<br>tdeberg@solomonlaw.com<br>mhoward@solomonlaw.com<br>ssolomon@solomonlaw.com<br>P: 813-225-1818<br>F: 813-225-1050<br>Counsel for Kotis and Mill | Richard S. Shankman<br>Litigation Concepts, L.C.<br>2536 NW 53rd Street<br>Boca Raton, FL 33496-2204<br>shankmantancredo@aol.com<br>P: 561-997-2771<br>F: Unknown<br>Co-Counsel for Kotis and Mill |
| | |

*/s/ Camille Godwin*
*Camille Godwi*n