UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS and                    CASE NO.: 8:07cv00447-JSM-EAJ
RACHEL CHRISTINE MILL, each individually,

        Plaintiffs,

v.

DESLIN HOTELS, INC., et al.

        Defendants.
_____/

### DEFENDANT, DESLIN HOTELS, INC.'S, MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT

Defendant, DESLIN HOTELS, INC., by and through its undersigned attorneys, hereby moves this Court for an enlargement of time to file its responses to Plaintiffs' Complaint until June 7, 2007.

### Memorandum of Law

Absent an enlargement of time, defendant DESLIN HOTELS, INC.'s is required to respond to the Complaint by May 23, 2007. The Complaint is extensive, with numerous defendants and several causes of action.

Due to other demands on counsel's time, an extension of time is necessary to prepare and serve a response to the Complaint. Defendants, Deslin Hotels, Inc., Irene Devlin, and Dennis Devlin, will serve their response to the complaint on or before June 7, 2007.

### Local Rule 3.01(g) Certificate

Counsel for the defendant certifies that prior to filing this motion, she has conferred with counsel for plaintiffs in a good faith effort to resolve the issues raised by this motion and plaintiffs' counsel does not oppose such enlargement of time to serve a responsive pleading to the Complaint.

035440-033 : KWEST/DDOBB : 00522298.WPD; 1

WHEREFORE, defendant, Deslin Hotels, Inc., respectfully requests this Court enter an order extending the deadline to serve a responsive pleading to the Complaint until June 7, 2007.

Respectfully submitted,

COBB & COLE

By: _____s/ Kathryn D. Weston_____
     KATHRYN D. WESTON
     FLA. BAR NO. 0897701
     150 Magnolia Avenue
     Post Office Box 2491
     Daytona Beach, FL 32115-2491
     Telephone: (386) 255-8171
     Facsimile:  (386) 248-0323
     E-mail: Kathy.Weston@CobbCole.com
ATTORNEYS FOR DESLIN HOTELS, INC.
IRENE DEVLIN, and DENNIS DEVLIN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following Service List.

       s/Kathryn D. Weston
       Attorney

| | |
|---|---|
| Heather Marie Kotis | Richard Stuart Shankman |
| Rachel Christine Mill | Litigation Concepts, L.C. |
| | 2536 NW 53rd Street |
| | Boca Raton, FL 33496 |
| | 813-225-1818 |
| | Fax 813-225-1050 |
| | shankmantancredo@aol.com |

035440-033 : KWEST/DDOBB : 00522298.WPD; 1      2

|  |  |
|---|---|
|  | Stanford R. Solomon<br>Mark Stephen Howard<br>The Solomon Tropp Law Group<br>1881 West Kennedy Boulevard<br>Tampa, FL 33606-1643<br>813-225-1818<br>Fax 813-225-1050<br>ssolomon@solomonlaw.com<br>mhoward@solomonlaw.com |
|  | Thomas E. DeBerg<br>The Solomon Tropp Law Group<br>1881 West Kennedy Boulevard<br>Tampa, FL 33606-1643<br>813-225-1818<br>Fax 813-225-1050<br>tdeberg@solomonlaw.com |
| BV&BK Productions LLP<br>Chad W. Ciani | Camille Godwin<br>Cohen, Jayson & Foster, P.A.<br>201 E. Kennedy Boulevard, Suite 1000<br>Tampa, FL 33602<br>cgodwin@tampalawfirm.com |