FILED

07 MAY 31 PM 1:38

CLERK, U.S. ...
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS and RACHEL
CHRISTINE MILL,
individually,

        Plaintiffs,                    CASE NO. 8:07cv00447-JSM-EAJ

v.

DESLIN HOTELS, INC., et al.,

        Defendants.

_____/

## DEFENDANT JUCCO HOLDINGS, LLC'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, JUCCO HOLDINGS, LLC ("Jucco"), by and through its undersigned attorneys, hereby moves this Court for an enlargement of time to file its response to Plaintiff's Complaint until June 28, 2007.

### Memorandum of Law

Absent an enlargement of time, Jucco is presently required to respond to Plaintiff's Complaint. However, the Complaint is extensive, with numerous defendants and several causes of action. Jucco is a California corporation which conducts no business in the state of Florida and has no ties to the state of Florida; therefore, its ability to search for local counsel in this matter has been somewhat hampered, although it is presently conducting its search and will designate local counsel within the time prescribed by the Local Rules. Moreover,

Kotis et al v. Deslin Hotels, Inc. et al        Doc. 22

due to other demands on California counsel's time, an extension of time is necessary to prepare and serve Jucco's response.

Notably, it is unclear whether Plaintiff even intended to name Jucco as a defendant to this action since Plaintiffs simultaneously make allegations against Jucco d/b/a drunkspringbreak.com and drunk**en**springbreak.com (See Complaint at ¶ 245, 247, 256), a website with which Jucco has no affiliation. It may very well be that Plaintiffs intended to name the owners of drunk**en**springbreak.com and not Jucco. Counsel for Jucco has pointed this out to Plaintiff's counsel, and Jucco will attempt to resolve this issue during the enlargement period.

## Local Rule 3.01(g) Certificate

Counsel for Jucco certifies that prior to filing this motion, he has conferred with counsel for plaintiffs in a good faith effort to resolve the issues raised by this motion and Plaintiffs' counsel does not oppose an enlargement of time by 30 days to serve a response to the Complaint.

WHEREFORE, defendant, JUCCO HOLDINGS, LLC, respectfully requests this Court enter an order extending the deadline to serve a responsive pleading to the Complaint until June 28, 2007.

Respectfully submitted,

WILLENKEN WILSON LOH & LIEB LLP

By: _____
William A. Delgado
CA Bar No. 222666

Willenken Wilson Loh & Lieb LLP<br>
707 Wilshire Blvd., Suite 3850<br>
Los Angeles, CA 90017<br>
Telephone: (213) 955-9240<br>
Facsimile: (213) 955-9250<br>
E-mail: williamdelgado@willenken.com<br>
<br>
ATTORNEYS FOR DEFENDANT<br>
JUCCO HOLDINGS, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of May, 2007, the foregoing was served upon the following by electronic mail:

Stanford R. Solomon
Mark Stephen Howard
Thomas E. DeBerg
The Solomon Tropp Law Group, P.A.
1881 W. Kennedy Blvd.
Tampa, FL 33606-1606
tdeberg@solomonlaw.com
mhoward@solomonlaw.com
ssolomon@solomonlaw.com
P: 813-225-1818
F: 813-225-1050

Counsel for Plaintiffs
Kotis and Mills

_____
William A. Delgado, Esq.
Attorney for Defendant
Jucco Holdings, LLC