## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HEATHER MARIE KOTIS, and**
**RACHEL CHRISTINE MILL,**                              **Case No. 8:07-CV-447-T30EAJ**

          **Plaintiffs,**

**v.**

**DESLIN HOTELS, INC.;**
**IRENE L. DEVLIN;**
**DENNIS B. DEVLIN;**
**GOLDRUSH DISC JOCKEYS, INC.;**
**DAVID L. BARTON;**
**BV & BK PRODUCTIONS, LLP;**
**CHAD W. CIANI;**
**MRA HOLDINGS, LLC;**
**AMX PRODUCTIONS, LLC, d/b/a AMX Video,**
** a/k/a GM Video, a/k/a George Martin;**
**MANTRA FILMS, INC., d/b/a Girls Gone Wild;**
**JOSEPH R. FRANCES;**
**SVOTH, INC., d/b/a PPVNetworks and nakedontv.com; and**
**JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com,**

          **Defendants.**
_____/

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT JUCCO HOLDINGS, INC.

      PLEASE TAKE NOTICE that Scott J. Flint of the Lauro Law Firm hereby

appears as counsel of record on behalf of defendant JUCCO HOLDINGS, INC. The

undersigned requests that copies of all documents filed with the Court be furnished to

Scott J. Flint at the address shown below.

Respectfully submitted this 1ˢᵗ day of June, 2007.

**LAURO LAW FIRM**

s/ Scott J. Flint_____
JOHN F. LAURO
Fla. Bar No. 0749074
SCOTT J. FLINT
Fla. Bar No. 0085073
101 E. Kennedy Blvd., Suite 2180
Tampa, Florida 33602
T: (813) 222-8990
F: (813) 222-8991
E: jlauro@laurolawfirm.com
E: sflint@laurolawfirm.com
*In New York, Reply To:*
300 Park Avenue, Suite 1700
New York, NY 10022

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ˢᵗ day of June 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

**LAURO LAW FIRM**

s/ Scott J. Flint_____
JOHN F. LAURO
Fla. Bar No. 0749074
SCOTT J. FLINT
Fla. Bar No. 0085073
101 E. Kennedy Blvd., Suite 2180
Tampa, Florida 33602
T: (813) 222-8990
F: (813) 222-8991
E: jlauro@laurolawfirm.com
E: sflint@laurolawfirm.com
*In New York, Reply To:*
300 Park Avenue, Suite 1700
New York, NY 10022