UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS and
RACHEL CHRISTINE MILL,           Case No. 8:07-CV-447-T30EAJ

      Plaintiffs,
v.

DESLIN HOTELS, INC.;
IRENE L. DEVLIN;
DENNIS B. DEVLIN;
GOLDRUSH DISC JOCKEYS, INC.;
DAVID L. BARTON;
BV & BK PRODUCTIONS, LLP;
CHAD W. CIANI;
MRA HOLDINGS, LLC;
AMX PRODUCTIONS, LLC, d/b/a AMX Video,
 a/k/a GM Video, a/k/a George Martin;
MANTRA FILMS, INC., d/b/a Girls Gone Wild;
JOSEPH R. FRANCES;
SVOTH, INC., d/b/a PPVNetworks and nakedontv.com; and
JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com,

      Defendants.
_____/

## WRITTEN DESIGNATION AND CONSENT-TO-ACT
## OF COUNSEL FOR JUCCO HOLDINGS, INC.

The undersigned, pursuant to Middle District of Florida Local Rule 2.02(a), submits this Written Designation and Consent-to-Act and states:

    1.    The undersigned, William A. Delgado, non-resident counsel for Jucco Holdings, Inc., and a member in good standing of the United States District Court, Central District of California, designates John F. Lauro as the resident attorney upon whose behalf he shall act in the above-styled case.

    2.    All notices and papers may be served on John F. Lauro who will remain responsible for the progress of the case, including trial in the event of default of

1

William A. Delgado.

3. I certify that I will comply with both the fee and e-mail registration requirements of Local Rule 2.01(d).

Respectfully submitted this 1ST day of June, 2007.

WILLENKEN WILSON LOH & LIEB LLP

_____
WILLIAM A. DELGADO
California Bar No. 222666
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
E-mail: williamdelgado@willenken.com
*COUNSEL FOR DEFENDANT
JUCCO HOLDINGS, LLC*

## CONSENT TO ACT

John F. Lauro, a member in good standing of the Middle District of Florida, hereby consents to William A. Delgado acting on his behalf.

**LAURO LAW FIRM**

s/ John F. Lauro
JOHN F. LAURO
Fla. Bar No. 0749074
SCOTT J. FLINT
Fla. Bar. No. 0085073
101 E. Kennedy Blvd., Suite 2180
Tampa, Florida 33602
T: (813) 222-8990
F: (813) 222-8991
E: jlauro@laurolawfirm.com
E: sflint@laurolawfirm.com
*In New York, Reply To:*
300 Park Avenue, Suite 1700
New York, NY 10022
*LOCAL COUNSEL FOR DEFENDANT
JUCCO HOLDINGS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

**LAURO LAW FIRM**

s/ John F. Lauro
JOHN F. LAURO
Fla. Bar No. 0749074
SCOTT J. FLINT
Fla. Bar No. 0085073
101 E. Kennedy Blvd., Suite 2180
Tampa, Florida 33602
T: (813) 222-8990
F: (813) 222-8991
E: jlauro@laurolawfirm.com
E: sflint@laurolawfirm.com
*In New York, Reply To:*
300 Park Avenue, Suite 1700
New York, NY 10022