UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEATHER MARIE KOTIS** and
**RACHEL CHRISTINE MILL,**                  Case No. 8:07-CV-447-T30EAJ

      **Plaintiffs,**

v.

**DESLIN HOTELS, INC.;**
**IRENE L. DEVLIN;**
**DENNIS B. DEVLIN;**
**GOLDRUSH DISC JOCKEYS, INC.;**
**DAVID L. BARTON;**
**BV & BK PRODUCTIONS, LLP;**
**CHAD W. CIANI;**
**MRA HOLDINGS, LLC;**
**AMX PRODUCTIONS, LLC, d/b/a AMX Video,**
 **a/k/a GM Video, a/k/a George Martin;**
**MANTRA FILMS, INC., d/b/a Girls Gone Wild;**
**JOSEPH R. FRANCES;**
**SVOTH, INC., d/b/a PPVNetworks and nakedontv.com; and**
**JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE OF COUNSEL
### FOR DEFENDANT JUCCO HOLDINGS, INC.

PLEASE TAKE NOTICE that John F. Lauro of the Lauro Law Firm hereby appears as counsel of record on behalf of defendant JUCCO HOLDINGS, INC. The undersigned requests that copies of all documents filed with the Court be furnished to John F. Lauro at the address shown below.

Respectfully submitted this 1st day of June, 2007.

        **LAURO LAW FIRM**

        s/ John F. Lauro           
        JOHN F. LAURO
        Fla. Bar No. 0749074
        SCOTT J. FLINT
        Fla. Bar. No. 0085073
        101 E. Kennedy Blvd., Suite 2180
        Tampa, Florida 33602
        T: (813) 222-8990
        F: (813) 222-8991
        E: jlauro@laurolawfirm.com
        E: sflint@laurolawfirm.com
        *In New York, Reply To:*
        300 Park Avenue, Suite 1700
        New York, NY 10022

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

        **LAURO LAW FIRM**

        s/ John F. Lauro           
        JOHN F. LAURO
        Fla. Bar No. 0749074
        SCOTT J. FLINT
        Fla. Bar. No. 0085073
        101 E. Kennedy Blvd., Suite 2180
        Tampa, Florida 33602
        T: (813) 222-8990
        F: (813) 222-8991
        E: jlauro@laurolawfirm.com
        E: sflint@laurolawfirm.com
        *In New York, Reply To:*
        300 Park Avenue, Suite 1700
        New York, NY 10022