UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS
RACHEL CHRISTINE MILL          CASE NO. 8:07-CV-00447-JSM-EAJ

    Plaintiffs,

vs.

DESLIN HOTELS, INC.;
IRENE L. DEVLIN;
DENNIS B. DEVLIN;
GOLDRUSH DISC JOCKEYS, INC.;
DAVID L. BARTON;
BV & BK PRODUCTIONS, LLLP;
CHAD W. CIANI;
MRA HOLDINGS, LLC;
AMX PRODUCTIONS, LLC, d/b/a AMX Video, a/k/a GM Video, a/k/a George Martin Video a/k/a Action Matrix, a/k/a Aztec Media Co.;
MANTRA FILMS, INC., d/b/a Girls Gone Wild;
JOSEPH R. FRANCIS;
SVOTHI, INC., d/b/a PPVNetworks and nakedontv.com; and
JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com;

    Defendants.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendant Mantra Films, Inc. ("Mantra"), by counsel, serves notice that it is substituting David B. Weinstein, Richard C. McCrea, Kimberly S. Mello and Sean P. Cronin, of Greenberg Traurig's Tampa, Florida office as counsel of record. Barry Richard, Laureen E. Galeoto and Karusha Y. Sharpe of Greenberg Traurig's Tallahassee, Florida office will no longer be counsel of record for Mantra in this action.

*(Attorneys' Signatures Appear on Following Page)*

| | |
|---|---|
| */s/ Barry Richard* | */s/ David B. Weinstein* |
| Barry Richard | David B. Weinstein |
| Florida Bar No. 105599 | Florida Bar No. 604410 |
| richardb@gtlaw.com | weinsteind@gtlaw.com |
| Laureen E. Galeoto | Richard C. McCrea |
| Florida Bar No. 194107 | Florida Bar No. 351539 |
| galeotol@gtlaw.com | mccrear@gtlaw.com |
| Karusha Y. Sharpe | Kimberly S. Mello |
| Florida Bar No. 0540161 | Florida Bar No. 0002968 |
| sharpek@gtlaw.com | mellok@gtlaw.com |
| **GREENBERG TRAURIG, P.A.** | Sean P. Cronin |
| 101 East College Avenue | Florida Bar No. 0412023 |
| Tallahassee, Florida 32301-7742 | cronins@gtlaw.com |
| Telephone: (850) 222-6891 | **GREENBERG TRAURIG, P.A.** |
| Facsimile: (850) 681-0207 | Courthouse Plaza, Suite 100 |
| | 625 East Twiggs Street |
| | Tampa, Florida 33602 |
| | Telephone: (813) 318-5700 |
| | Facsimile: (813) 318-5900 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court via CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ David B. Weinstein*
Attorney