UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS
and RACHEL CHRISTINE MILL,
individually,

        Plaintiffs,        CASE NO. 8:07-cv-00447-T30-EA

v.

DESLIN HOTELS, INC.;
IRENE L. DEVLIN;
DENNIS B,. DEVLIN;
GOLDRUSH DISC JOCKEYS, INC.;
DAVID L. BARTON;
BV & BK PRODUCTIONS, LLLP;
CHAD W. CIANI;
MRA HOLDINGS, LLC;
AMX PRODUCTIONS, LLC d/b/a AMX Video, a/k/a GM Video, a/k/a George Martin Video, a/k/a Action Matrix, a/k/a Aztec Media Co.;
MANTRA FILMS, INC., d/b/a Girls Gone Wild;
JOSEPH R. FRANCIS;
SVOTHI, INC., d/b/a PPVNetworks and nakedontv.com; and
JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com;

        Defendants
_____/

## DEFENDANTS CHAD CIANI'S AND BV & BK PRODUCTIONS, LLLP'S DISPOSITIVE MOTION TO DISMISS

Defendants, CHAD CIANI and BV & BK PRODUCTIONS, LLLP, by and through the undersigned counsel and pursuant to F.R.C.P. 12(b), hereby moves this court to dismiss Plaintiffs' Complaint. Defendants' arguments in support of this motion are set forth in the Memorandum of Law filed simultaneously with this motion.

Respectfully submitted,

    /s/ Camille Godwin
Todd Foster, Esq.
Florida Bar No.: 0325198
Camille Godwin
Florida Bar No.: 0974323
Michael Rubinstein, Esq.
Florida Bar No.: 0032143
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, FL 33602
(813) 225-1655 (Telephone)
(813) 225-1921 (Facsimile)
*Attorneys for BV & BK Productions, LLLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **May 21, 2007,** the foregoing was served upon the following by email:

| | |
|---|---|
| Stanford R. Solomon<br>Mark Stephen Howard<br>Thomas E. DeBerg<br>The Solomon Tropp Law Group, P.A.<br>1881 W. Kennedy Blvd.<br>Tampa, FL 33606-1606<br>tdeberg@solomonlaw.com<br>mhoward@solomonlaw.com<br>ssolomon@solomonlaw.com<br>P: 813-225-1818<br>F: 813-225-1050<br>Counsel for Kotis and Mill | Richard S. Shankman<br>Litigation Concepts, L.C.<br>2536 NW 53rd Street<br>Boca Raton, FL 33496-2204<br>shankmantancredo@aol.com<br>P: 561-997-2771<br>F: Unknown<br>Co-Counsel for Kotis and Mill |

*/s/ Camille Godwin*
*Camille Godwi*n