UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEATHER MARIE KOTIS and**
**RACHEL CHRISTINE MILL,**

    **Plaintiffs,**

**v.**                                                Case No.: 8:07-CV-447-T-30EAJ

**DESLIN HOTELS, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

    Before the court is Defendant Mantra Films, Inc.'s **Stipulation for Substitution of Counsel** (Dkt. 28), filed on June 8, 2007. Mantra Films seeks an order permitting Barry Richard, Laureen Galeoto, and Karusha Sharpe of the Tallahassee, Florida office of Greenberg Traurig, P.A. to withdraw their representation and substituting David Weinstein, Richard McCrea, Kimberly Mello, and Sean Cronin of Greenberg Traurig's Tampa office as counsel of record in the above-styled case.

    Accordingly and upon consideration, it is **ORDERED AND ADJUDGED** that:

(1)    Defendant's Stipulation for Substitution of Counsel (Dkt. 28) is **GRANTED**.

**DONE AND ORDERED** in Tampa, Florida this 14th day of June, 2007.

ELIZABETH A JENKINS
United States Magistrate Judge