UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS
RACHEL CHRISTINE MILL       **CASE NO. 8:07-CV-00447-JSM-EAJ**

                Plaintiffs,
v.

DESLIN HOTELS, INC., et al.

                Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The Solomon Tropp Law Group, P.A. ("**Solomon Tropp**"), co-counsel for Heather Marie Kotis and Rachel Christine Mill ("**Plaintiffs**") hereby moves the Court, pursuant to Rule 2.03(b), Local Rules, Middle District of Florida, for an order permitting this firm to withdraw as co-counsel of record for Plaintiffs in this action. As grounds for this Motion, co-counsel states:

    1.    Richard S. Shankman, Esquire ("**Shankman**") has been counsel for Plaintiffs for several years in this case.

    2.    Solomon Tropp was brought in to serve as co-counsel for the purpose of acting as lead trial counsel in this and related cases.

    3.    Shankman will continue to represent Plaintiffs' interests as counsel in this action.

    4.    The demands of upon Solomon Tropp's practice make it impractical for them to remain as co-counsel with Shankman in this case.

2

5. Because this case is in its infancy, Plaintiffs will not be prejudiced by co-counsel's withdrawing from this action.

6. In accordance with Local Rule 2.03(b), the clients and opposing counsel have had ten days notice of our intention to withdraw prior to the filing of this motion.

7. In accordance with Local Rule 3.01(g), the undersigned counsel has attempted to confer with counsel of record for all remaining parties, and no objections were expressed.

WHEREFORE, the Court should authorize The Solomon Tropp Law Group, P.A. to withdraw as counsel of record for Plaintiffs in this action.

>Respectfully submitted,
>
>*/s/ Mark S. Howard*
>Mark S. Howard
>Florida Bar No. 774146
>mhoward@solomonlaw.com
>**THE SOLOMON TROPP LAW GROUP, P.A.**
>1881 West Kennedy Boulevard
>Tampa, Florida  33606-1606
>(813) 225-1818 (Tel)
>(813) 225-1050 (Fax)
>Attorneys for **Heather Kotis and Rachel Mill**

## Certificate of Service

I HEREBY CERTIFY on June 21, 2007 that a true and correct copy of the foregoing has been furnished via electronic service copy to the following:

| | |
|---|---|
| Scott Wallace Cichon<br>scich@ccb.com<br>Kathryn Diane Weston<br>kathy.weston@cobbcole.com<br>**Cobb & Cole, PLLC**<br>150 Magnolia Ave.<br>PO Box 2491<br>Daytona Beach, FL 32115-2491<br>386/255-8171<br>386/248-0323 (fax)<br>Attorneys for **Deslin Hotels, Inc., Dennis B. Devlin** and **Irene L. Devlin** | John F. Lauro<br>jlauro@laurolawfirm.com<br>Scott J. Flint<br>sflint@laurolawfirm.com<br>**John F. Lauro Law Firm**<br>101 E. Kennedy Blvd.<br>Suite 2180<br>Tampa, FL 33602<br>813/222-8990<br>813/222-8991 (fax)<br>Attorneys for **Jucco Holdings, Inc.** |
| Camille Godwin<br>cgodwin@tampalawfirm.com<br>**Cohen, Jayson & Foster, P.A.**<br>201 E. Kennedy Blvd.<br>Suite 1000<br>Tampa, FL 33602<br>813/225-1655<br>813/225-1921 (fax)<br>Attorneys for **BV & BK Productions, LLLP** and **Chad W Ciani** | William A. Delgado<br>**Willenken Wilson Loh & Lieb LLP**<br>707 Wilshire Blvd<br>Suite 3850<br>Los Angeles, CA 90017<br>213/955-9240<br>213/955-9250 (fax)<br>Attorneys for **Jucco Holdings, Inc.** |
| Gary S. Edinger<br>GSEdinger@aol.com<br>**Law Office of Gary Edinger, P.A.**<br>305 NE 1st Street<br>Gainesville, FL 32601<br>352/338-4440<br>352-337-0696 (fax)<br>Attorneys for **Svothi, Inc.** | Barry Scott Richard<br>richardb@GTlaw.com<br>**Greenberg Traurig P.A.**<br>101 E. College Ave.<br>P.O. Box 1838<br>Tallahassee, FL 32302<br>850/222-6891<br>850/681-0207 (fax)<br>Attorneys for **Mantra Films, Inc.** |

| | |
|---|---|
| Laureen E. Galeoto<br>galeotol@GTlaw.com<br>Karusha Y. Sharpe<br>sharpek@gtlaw.com<br>**Greenberg Traurig P.A.**<br>101 E. College Ave.<br>Tallahassee, FL 32301<br>850/222-6891<br>850/681-0207 (fax)<br>Attorneys for **Mantra Films, Inc.** | Richard Stuart Shankman<br>shankmantancredo@aol.com<br>**Litigation Concepts**<br>2536 NW 53rd St.<br>Boca Raton, FL 33496-2204<br>561/997-2771<br>813/754-2132 (fax)<br>Attorneys for **Heather Marie Kotis**<br>and **Rachel Christine Mill** |
| | */s/ Mark S. Howard*<br>Mark S. Howard<br>Florida Bar No. 774146<br>mhoward@solomonlaw.com<br>**THE SOLOMON TROPP LAW GROUP, P.A.**<br>1881 West Kennedy Boulevard<br>Tampa, Florida  33606-1606<br>(813) 225-1818 (Tel)<br>(813) 225-1050 (Fax)<br>Attorneys for **Heather Kotis and Rachel Mill** |

38006.22002.275724

4