UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS, and
RACHEL CHRISTINE MILL, individually,

        Plaintiffs,

                      Case No. 8:07-cv-447-JSM-EAJ

v.

DESLIN HOTELS, INC,
a Florida corporation, *et al.,*

        Defendants.
_____/

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JUCCO HOLDINGS, INC. ONLY

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Plaintiffs, HEATHER MARIE KOTIS and RACHEL CHRISTINE MILL, by and through their undersigned counsel and pursuant to Rule 41(a)(1), *Fed.R.Civ.P.*, hereby voluntarily dismiss defendant JUCCO HOLDINGS, INC. from the above-captioned action without prejudice.

DATED:  June 25, 2007

                                        */s/ Richard S. Shankman*
                                        Richard S. Shankman
                                        Florida Bar No. 175013
                                        LITIGATION CONCEPTS, L.C.
                                        2536 NW 53rd Street
                                        Boca Raton, Florida 33496-2204
                                        Tel: (561) 997-2771
                                        e-mail: shankmantancredo@aol.com
                                        Attorney for Plaintiffs

1

Litigation Concepts®
BOCA RATON, FLORIDA

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Richard S. Shankman, hereby certify that on June 25, 2007, I caused a copy of the foregoing to be furnished by electronic filing via EM/ECF, Internet or United states Mail to the following:

| | |
|---|---|
| Kathryn Diane Weston, Esq.<br>Scott Wallace Cichon, Esq.<br>Cobb & Cole, P.A.<br>150 Magnolia Ave.<br>P.O. Box 2491<br>Daytona Beach, Florida 32114<br>Tel: (386) 323-9221<br>Fax: (386) 248-0323<br>e-mail: Kathy.Weston@cobbcole.com | John F. Lauro, Esq.<br>Scott J. Flint, Esq.<br>John F. Lauro Law Firm<br>101 E. Kennedy Blvd., Suite 2180<br>Tampa, FL 33602<br>Tel: (813) 222-8990<br>Fax: (813) 222-8991<br>e-mail: jlauro@laurolawfirm.com;<br>         sflint@laurolawfirm.com |
| Camile Godwin, Esq.<br>Cohen, Jayson & Foster, P.A.<br>201 E. Kennedy Blvd. Suite 1000<br>Tampa, Florida 33602<br>Tel: (813) 225-1655<br>Fax: (813) 225-1921<br>e-mail: cgodwin@tampalawfirm.com | William A. Delgado, Esq.<br>Willenken Wilson Loh & Lieb LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, CA 90017<br>Tel: (213) 955-9240<br>Fax: (213) 955-9250 |
| Gary S. Edinger, Esq.<br>Law Office of Gary Edinger, P.A.<br>305 NE 1st Street<br>Gainesville, FL 32601<br>Tel: (352) 338-4440<br>Fax: (352) 337-0696<br>e-mail: GSEdinger@aol.com | David B. Weinstein, Esq.<br>Richard C. McCrea, Jr., Esq.<br>Kimberly A. Mello, Esq.<br>Greenberg Traurig P.A.<br>625 E. Twiggs Street, Suite 100<br>Tampa, FL 33602<br>Tel: (813) 318-5700<br>Fax: (813) 318-5900 |

                                                      */s/ Richard S. Shankman*
Richard S. Shankman
Florida Bar No. 175013
LITIGATION CONCEPTS, L.C.
2536 NW 53rd Street
Boca Raton, Florida 33496-2204
Tel: (561) 997-2771
e-mail: shankmantancredo@aol.com

