Kotis et al v. Deslin Hotels, Inc. et al ................................................................................................. Doc. 38

Case 8:07-cv-00447-JSM-EAJ   Document 38   Filed 06/26/2007   Page 1 of 1
Case 8:07-cv-00447-JSM-EAJ   Document 37   Filed 06/25/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER MARIE KOTIS, and
RACHEL CHRISTINE MILL, individually,

           Plaintiffs,

v.                                          Case No. 8:07-cv-447-JSM-EAJ

DESLIN HOTELS, INC,
a Florida corporation, *et al.*,

           Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT JUCCO HOLDINGS, INC. ONLY**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Plaintiffs, HEATHER MARIE KOTIS and RACHEL CHRISTINE MILL, by and through their undersigned counsel and pursuant to Rule 41(a)(1), *Fed.R.Civ.P.*, hereby voluntarily dismiss defendant JUCCO HOLDINGS, INC. from the above-captioned action without prejudice.

DATED: June 25, 2007

This motion/petition/stipulation has been duly considered and is hereby GRANTED, this 26 day of JUNE, 2007.

*JAMES S. MOODY, JR.*
U.S. DISTRICT JUDGE

/s/ Richard S. Shankman
Richard S. Shankman
Florida Bar No. 175013
LITIGATION CONCEPTS, L.C.
2536 NW 53rd Street
Boca Raton, Florida 33496-2204
Tel: (561) 997-2771
e-mail: shankmantancredo@aol.com
Attorney for Plaintiffs

1

Litigation Concepts®
BOCA RATON, FLORIDA

Dockets.Justia.com