# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**HEATHER MARIE KOTIS and RACHEL CHRISTINE MILL**

    Plaintiffs,

v.                                  **CASE NO.: 8:07-00447-JSM-EAJ**

**DESLIN HOTELS, INC., IRENE L. DEVLIN,
DENNIS B. DEVLIN, GOLDRUSH DISC JOCKEYS, INC.,
DAVID L. BARTON, BV & BK PRODUCTIONS, LLP,
CHAD W. CIANI, MRA HOLDINGS, LLC, AMX
PRODUCTIONS, LLC, d/b/a AMX Video, a/k/a GM Video,
a/k/a George Martin Video a/k/a Action Matrix, a/k/a Aztec
Media Co., MANTRA FILMS, INC., d/b/a Girls Gone Wild,
JOSEPH R. FRANCIS, SVOTHI, INC., d/b/a PPVNetworks
and nakedontv.com; and JUCCO HOLDINGS, INC.,
d/b/a drunkspringbreak.com,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of Mechanik Nuccio Hearne & Wester, P.A. hereby gives notice of its appearance as co-counsel for Plaintiff Heather Marie Kotis and requests that all pleadings, motion, notices and other filings hereafter be served upon it.

    /s/ J. Meredith Wester
**J. MEREDITH WESTER, ESQUIRE**
Florida Bar Number 881317
**jmw@mechaniknuccio.com**
**WENDOLYN S. BUSCH, ESQUIRE**
Florida Bar Number 817287
**wb@mechaniknuccio.com**
**MECHANIK NUCCIO
HEARNE & WESTER, P.A.**
18560 N. Dale Mabry Hwy
Lutz, Florida 33548
Tel: (813) 968-1002/Fax: (813) 968-1502
Attorneys for Plaintiff Heather Marie Kotis

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2007 the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Scott Wallace Cichon<br>scich@ccb.com<br>Kathryn Diane Weston<br>Kathy.Weston@CobbCole.com<br>Cobb & Cole, PLLC<br>150 Magnolia Ave<br>PO Box 2491<br>Daytona Beach, FL 32115-2491<br>P: 386-255-8171<br>F: 386-248-0323<br>Attorneys for Deslin Hotels, Inc.,<br>Dennis B. Devlin and Irene L. Devlin | David B. Weinstein<br>weinstein@GTlaw.com<br>Sean P. Cronin<br>cronins@GTlaw.com<br>Richard C. McCrea<br>mccrear@GTlaw.com<br>Kimberly Staffa Mello<br>mellok@GTlaw.com<br>Greenberg Traurig, P.A.<br>625 E. Twiggs Street, Suite 100<br>Tampa, FL 33602<br>Attorneys for Mantra Films, Inc. and Joseph R. Francis |
| Camille Godwin<br>Cohen, Jayson & Foster, P.A.<br>201 E. Kennedy Blvd., Suite 1000<br>Tampa, FL 33602<br>P: 813-225-1655<br>F: 813-225-1921<br>cgodwin@tampalawfirm.com<br>Attorneys for BV & BK Productions LLP<br>and Chad W. Ciani | Gary S. Edinger<br>Law Office of Gary Edinger, P.A.<br>305 NE 1st Street<br>Gainesville, FL 32601<br>GSEdinger@aol.com<br>P: 352-338-4440<br>F: 352-337-0696<br>Attorneys for Svothi, Inc. |

I further certify that on July 17, 2007, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| MRA Holdings, L.L.C.<br>7666 E. 61st Street, Suite 240<br>Tulsa, OK 74133 | AMX Productions, L.L.C.<br>c/o Michael Chaussee, Registered Agent<br>1837 S. Nevada Ave., Box 261<br>Colorado Springs, CO 80906 |

             /s/ J. Meredith Wester
                Attorney