UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEATHER MARIE KOTIS and RACHEL CHRISTINE MILL**

 **Plaintiffs,**

v.               **CASE NO.: 8:07-00447-JSM-EAJ**

**DESLIN HOTELS, INC., IRENE L. DEVLIN, DENNIS B. DEVLIN, GOLDRUSH DISC JOCKEYS, INC., DAVID L. BARTON, BV & BK PRODUCTIONS, LLP, CHAD W. CIANI, MRA HOLDINGS, LLC, AMX PRODUCTIONS, LLC, d/b/a AMX Video, a/k/a GM Video, a/k/a George Martin Video a/k/a Action Matrix, a/k/a Aztec Media Co., MANTRA FILMS, INC., d/b/a Girls Gone Wild, JOSEPH R. FRANCIS, SVOTHI, INC., d/b/a PPVNetworks and nakedontv.com; and JUCCO HOLDINGS, INC., d/b/a drunkspringbreak.com,**

 **Defendants.**

_____/

## NOTICE OF FILING AFFIDAVIT OF LOST SUMMONS

Plaintiffs, by and through their undersigned counsel, hereby serves and files the Affidavit of Lost Summons.

       Respectfully submitted,

       /s/ J. Meredith Wester
       **J. MEREDITH WESTER, ESQUIRE**
       Florida Bar Number 881317
       **jmw@mechaniknuccio.com**
       **WENDOLYN S. BUSCH, ESQUIRE**
       Florida Bar Number 817287
       **wb@mechaniknuccio.com**
       **MECHANIK NUCCIO**
       **HEARNE & WESTER, P.A.**
       18560 N. Dale Mabry Hwy
       Lutz, Florida  33548
       Tel: (813) 968-1002/Fax: (813) 968-1502
       Attorneys for Plaintiff Heather Marie Kotis

and

**RICHARD S. SHANKMAN, ESQUIRE**
Florida Bar No. 175013
**LITIGATION CONCEPTS, L.C.**
2536 NW 53rd Street
Boca Raton, FL  33496-2204
Telephone: 561-997-2771
shankmantancredo@aol.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2007 the foregoing Notice of Filing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Scott Wallace Cichon
scich@ccb.com
Kathryn Diane Weston
Kathy.Weston@CobbCole.com
Cobb & Cole, PLLC
150 Magnolia Ave
PO Box 2491
Daytona Beach, FL 32115-2491
P: 386-255-8171
F: 386-248-0323
Attorneys for Deslin Hotels, Inc.,
Dennis B. Devlin and Irene L. Devlin

David B. Weinstein
weinstein@GTlaw.com
Sean P. Cronin
cronins@GTlaw.com
Richard C. McCrea
mccrear@GTlaw.com
Kimberly Staffa Mello
mellok@GTlaw.com
Greenberg Traurig, P.A.
625 E. Twiggs Street, Suite 100
Tampa, FL 33602
Attorneys for Mantra Films, Inc. and Joseph R. Francis

Camille Godwin
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
P: 813-225-1655
F: 813-225-1921
cgodwin@tampalawfirm.com
Attorneys for BV & BK Productions LLP
and Chad W. Ciani

Gary S. Edinger
Law Office of Gary Edinger, P.A.
305 NE 1st Street
Gainesville, FL 32601
GSEdinger@aol.com
P: 352-338-4440
F: 352-337-0696
Attorneys for Svothi, Inc.

I further certify that on July 17, 2007, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| MRA Holdings, L.L.C.<br>7666 E. 61st Street, Suite 240<br>Tulsa, OK 74133 | AMX Productions, L.L.C.<br>c/o Michael Chaussee, Registered Agent<br>1837 S. Nevada Ave., Box 261<br>Colorado Springs, CO 80906 |

                                      /s/ J. Meredith Wester
                                              Attorney