**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HEATHER MARIE KOTIS and RACHEL**
**CHRISTINE MILL**

     **Plaintiffs,**

**v.**                              **CASE NO.: 8:07-00447-JSM-EAJ**

**DESLIN HOTELS, INC., IRENE L. DEVLIN,**
**DENNIS B. DEVLIN, GOLDRUSH DISC JOCKEYS, INC.,**
**DAVID L. BARTON, BV & BK PRODUCTIONS, LLP,**
**CHAD W. CIANI, MRA HOLDINGS, LLC, AMX**
**PRODUCTIONS, LLC, d/b/a AMX Video, a/k/a GM Video,**
**a/k/a George Martin Video a/k/a Action Matrix, a/k/a Aztec**
**Media Co., MANTRA FILMS, INC., d/b/a Girls Gone Wild,**
**JOSEPH R. FRANCIS, SVOTHI, INC., d/b/a PPVNetworks**
**and nakedontv.com; and JUCCO HOLDINGS, INC.,**
**d/b/a drunkspringbreak.com,**

     **Defendants.**

_____/

**AFFIDAVIT OF LOST SUMMONS**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

     BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, Thomas E. DeBerg, after being by me first duly sworn, deposed and stated the following upon personal knowledge:

     1.     The Solomon Tropp Law Group, P.A. ("Solomon Tropp") was co-counsel of record for Plaintiffs in the above-styled up until June 26, 2007, at which time the Court enter its Order granting its Unopposed Motion to Withdraw as Counsel for Plaintiffs.

     2.     The undersigned was an attorney at the law firm of Solomon Tropp during its representation of Plaintiff.

Dockets.Justia.com

3.    Solomon Tropp filed the complaint in the above-styled matter on March 12, 2007, and the Clerk filed same in the Middle District of Florida, Case No. 8:07-cv-00447-JSM-EAJ.  Solomon Tropp submitted to the Court for issuance, summonses for all defendants, including MRA Holdings, LLC, and the court issued the summonses.

4.    Solomon Tropp made efforts to serve MRA Holdings, LLC, but was unsuccessful it such attempts.  As such, the original summons was returned to Solomon Tropp as they were withdrawing from the matter as counsel of record.

5.    Solomon Tropp has made a diligent search to locate the original summons for MRA Holdings, LLC issued under the Middle District of Florida, Case No. 8:07-cv-00447-JSM-EAJ, but has not been able to locate same.

6.    Plaintiff is in need of replacement summons for defendant MRA Holdings, LLC, to make service upon said defendant.

FURTHER AFFIANT SAYETH NAUGHT.


_____
**Thomas E. DeBerg**
The Solomon Tropp Law Group, P.A.


STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing was sworn to and subscribed before me this ___\|\|___ day of July, 2007, by **Thomas E. DeBerg**, who is personally known to me.

(SEAL)


_____
Printed/Typed Name:
Notary Public-State of Florida
Commission



**Lucy P. White**
Commission # DD521944
Expires February 23, 2010
Bonded Troy Fain Insurance, Inc 800-385-7019