AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

**ALIAS SUMMONS IN A CIVIL CASE**

HEATHER MARIE KOTIS, et. al.

v.   CASE NUMBER:   8:07-cv-00447-JSM-EAJ

DESLIN HOTELS, INC., et al.

TO:  AMX Productions, LLC d/b/a AMX Video
c/o Michael Chaussee, Registered Agent
1607 Ridgeway Ave.
Colorado Springs, CA  80906

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

J. Meredith Wester, Esquire
Mechanik Nuccio Hearne & Wester, P.A.
18560 N. Dale Mabry Hwy.
Lutz, FL  33548

an answer to the complaint which is herewith served on you with this summons, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                          1 9 JUL 2007

Clerk                                                     Date

(By) DEPUTY CLERK

Kotis et al v. Deslin Hotels, Inc. et al                  Doc. 48