UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEATHER MARIE KOTIS and RACHEL**
**CHRISTINE MILL**

      **Plaintiffs,**

**v.**                                                                    **CASE NO.: 8:07-00447-JSM-EAJ**

**DESLIN HOTELS, INC., IRENE L. DEVLIN,**
**DENNIS B. DEVLIN, GOLDRUSH DISC JOCKEYS, INC.,**
**DAVID L. BARTON, BV & BK PRODUCTIONS, LLLP,**
**CHAD W. CIANI, MRA HOLDINGS, LLC, AMX**
**PRODUCTIONS, LLC, d/b/a AMX Video, a/k/a GM Video,**
**a/k/a George Martin Video a/k/a Action Matrix, a/k/a Aztec**
**Media Co., MANTRA FILMS, INC., d/b/a Girls Gone Wild,**
**JOSEPH R. FRANCIS, SVOTHI, INC., d/b/a PPVNetworks**
**and nakedontv.com; and JUCCO HOLDINGS, INC.,**
**d/b/a drunkspringbreak.com,**

      **Defendants.**

_____/

**UNOPPOSED PLAINTIFFS' MOTION TO RESCHEDULE HEARING ON**
**DEFENDANTS' CHAD CIANI AND BV & BK PRODUCTION, LLP'S MOTION**
**TO DISMISS AND DEFENDANTS' DESLIN HOTELS, INC., IRENE L. DEVLIN**
**AND DENNIS B. DEVLIN'S MOTION TO DISMISS, OR ALTERNATIVELY,**
**MOTION TO STRIKE**

      Plaintiff, by and through her undersigned counsel, respectfully move this Court to

reschedule the hearing on Defendants Chad Ciani and BV & BK Productions, LLP's

Motion To Dismiss and Defendant Deslin Hotels, Inc., Irene L. Devlin and Dennis B.

Devlin's Motion To Dismiss, or Alternatively, Motion To Strike for the reasons set forth

below:

      1.     Plaintiffs filed the Complaint on March 21, 2007.

Dockets.Justia.com

2.      Defendants Deslin Hotels, Inc., Irene L. Devlin and Dennis B. Devlin filed their Motion to Dismiss on June 7, 2007.

3.      Plaintiffs filed the Complaint on March 21, 2007.  Defendants Chad W. Ciani and BV & BK Productions, LLP filed their Motion to Dismiss or Strike on June 11, 2007.

4.      Plaintiff's prior counsel failed to file a response to the Motions.

5.      On July 17, 2007, the undersigned's law firm, Mechanik Nuccio Hearne & Wester, P.A. ("Mechanik Nuccio"), filed a Notice of Appearance on behalf of Plaintiff.

6.      On July 27, 2007, a hearing was scheduled on the Motions to Dismiss for August 23, 2007 at 1:30 p.m.

7.      In May, 2007, the Federal Bureau of Investigation, ("FBI") Washington, D.C. office ("Headquarters") requested J. Meredith Wester attend a three (3) day conference sponsored by the FBI in San Antonio, Texas for which the FBI has covered all her expenses.

8.      The conference is being held from August 21, 2007 through August 23, 2007.

9.      Due to these prior obligations, Wendolyn S. Busch, Ms. Wester's partner, agreed to cover the hearing scheduled for August 23, 2007.

10.      However, Ms. Busch was notified today that her case in front of the Honorable James M. Barton, II, *Schuler v. Just Build It, LLC,* Case No. 06-005067, pending in Hillsborough County Circuit Court, will definitely begin trial on Monday, August 20, 2007 in front of the Honorable Judge Richard A. Nielsen.

11.     For these reasons, Plaintiff requests the hearing scheduled for August 23, 2007 be rescheduled.

12.     No prejudice will result to Defendants, as this action is in its early stages.

## CERTIFICATE OF GOOD FAITH

In accordance with Local Rule 3.01(g), I hereby certify that counsel for Defendants Deslin Hotels, Inc., Irene L. Devlin, Dennis B. Devlin, Chad W. Ciani and BV & BK Productions, LLLP have been consulted and they have no objection to the granting of this Motion.

Respectfully submitted,

/s/ J. Meredith Wester
**J. MEREDITH WESTER, ESQUIRE**
Florida Bar Number 881317
**jmw@mechaniknuccio.com**
**WENDOLYN S. BUSCH, ESQUIRE**
Florida Bar Number 817287
**wb@mechaniknuccio.com**
**MECHANIK NUCCIO**
**HEARNE & WESTER, P.A.**
18560 N. Dale Mabry Hwy
Lutz, Florida 33548
Tel: (813) 968-1002
Fax: (813) 968-1502
Attorneys for Plaintiff

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2007 the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Scott Wallace Cichon
scich@ccb.com
Kathryn Diane Weston
Kathy.Weston@CobbCole.com
Cobb & Cole, PLLC
150 Magnolia Ave
PO Box 2491
Daytona Beach, FL 32115-2491
P: 386-255-8171
F: 386-248-0323
Attorneys for Deslin Hotels, Inc.,
Dennis B. Devlin and Irene L. Devlin

David B. Weinstein
weinstein@GTlaw.com
Sean P. Cronin
cronins@GTlaw.com
Richard C. McCrea
mccrear@GTlaw.com
Kimberly Staffa Mello
mellok@GTlaw.com
Greenberg Traurig, P.A.
625 E. Twiggs Street, Suite 100
Tampa, FL 33602
Attorneys for Mantra Films, Inc. and
Joseph R. Francis

Camille Godwin
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Blvd., Suite 1000
Tampa, FL 33602
P: 813-225-1655
F: 813-225-1921
cgodwin@tampalawfirm.com
Attorneys for BV & BK Productions LLP
and Chad W. Ciani

Gary S. Edinger
Law Office of Gary Edinger, P.A.
305 NE 1st Street
Gainesville, FL 32601
GSEdinger@aol.com
P: 352-338-4440
F: 352-337-0696
Attorneys for Svothi, Inc.

I further certify that on August 17, 2007, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

MRA Holdings, L.L.C.
7666 E. 61st Street, Suite 240
Tulsa, OK 74133

AMX Productions, L.L.C.
c/o Michael Chaussee, Registered Agent
1837 S. Nevada Ave., Box 261
Colorado Springs, CO 80906

/s/ J. Meredith Wester
Attorney